IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON A. PRICE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 17-cv-498-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Jason A. Price and against respondent United States of America granting petitioner's motion for post-conviction relief under 28 U.S.C. § 2255.

Approved as to form this 6th day of August, 2019.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

Date 8/6/19